Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Troy P. Domina, Esq.
Nevada Bar No. 13862
Brownstein Hyatt Farber Schreck LLP
100 North City Parkway, Suite 1600
Las Vegas Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Attorneys for the Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>6635 W Oquendo LLC,<br><br>      Debtor,<br>_____<br><br>International Property Holdings, LLC, a Nevada limited liability company,<br><br>      Plaintiff,<br><br>v.<br><br>6635 W Oquendo LLC, a Nevada limited liability company; The LV Property Investment Irrevocable Trust; Anca Popescu, an Individual; Catalin Popescu, an Individual; Romik Yeghnazary, an Individual; Gasper Meliryan, an Individual; Steve Yarmy, an Individual; and Christopher Craig, an Individual,<br><br>      Defendants.<br>_____<br><br>International Property Holdings, LLC, a Nevada limited liability company,<br><br>      Appellant, | USDC No.: 2:19-cv-01961-JCM<br>Appeal Reference No.: 19-43<br><br>Case No.: 17-15953-BTB<br><br>Chapter 11<br><br>Adversary No.: 19-01097-BTB<br><br>**STIPULATION AND ORDER TO**<br>**EXTEND BRIEFING DEADLINES** |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

| | |
|---|---|
| v. | ) |
| | ) |
| 6635 W Oquendo LLC, a Nevada limited liability company; The LV Property Investment Irrevocable Trust; Anca Popescu, an Individual; Catalin Popescu, an Individual; Romik Yeghnazary, an Individual; Gasper Meliryan, an Individual; Steve Yarmy, an Individual; and Christopher Craig, an Individual, | ) ) ) ) ) ) ) ) |
| Appellee(s). | ) |

## **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES**

Defendants, 6635 W Oquendo LLC, The LV Property Investment Irrevocable Trust, Anca Popescu, Catalin Popescu, Romik Yeghnazary, Gasper Melikyan, Steve Yarmy, and Christopher Craig (collectively, the "**Defendants**" or "**Appellees**"), and Plaintiff, International Property Holdings, LLC (the "**Plaintiff**" or "**Appellant**"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on November 6, 2017, 6635 W Oquendo LLC, the debtor in the above-captioned bankruptcy case, commenced a Chapter 11 bankruptcy, Case No. 17-15953-BTB (the "**Bankruptcy Case**") in the United States Bankruptcy Court for the District of Nevada (the "**Bankruptcy Court**");

WHEREAS, on November 9, 2017, Plaintiff filed a complaint in the Eighth Judicial District Court, Case No. A-17-764417-C (the "**State Court Case**"), which was amended first on February 16, 2018, and amended a second time on June 10, 2019 (the "**Complaint**");

WHEREAS, on June 25, 2019, the Defendants filed a Motion to Dismiss the Complaint in the State Court Case (the "**Motion to Dismiss**") and filed a Notice of Removal of Action and Request for Referral to remove the State Court Case to federal court;

WHEREAS, following removal, on July 29, 2019, the State Court Case was referred to the

20031349    2

Bankruptcy Court;

WHEREAS, on October 24, 2019, the Bankruptcy Court entered an order to dismissing the Complaint (the "**Dismissal Order**");

WHEREAS, on November 5, 2019, the Plaintiff filed a Notice of Appeal in the United States District Court for the District of Nevada (the "**District Court**");

WHEREAS, on December 6, 2019, the District Court ordered that the Appellant shall file its opening brief (the "**Opening Brief**") by December 20, 2019, that the Appellees shall file their answering brief (the "**Answering Brief**") by January 3, 2020, and that the Appellant shall file its reply brief (the "**Reply Brief**") by January 17, 2020;

WHEREAS, the parties agreed that the deadlines to file their respective briefs shall be extended;

NOW, THEREFORE, the parties hereby stipulate and agree to the following, and by the Order concurrently submitted herewith, seek Court approval of the same:

IT IS HEREBY STIPULATED AND AGREED that the Appellant shall file the Opening Brief on or before Wednesday, January 15, 2020;

IT IS FURTHER STIPULATED AND AGREED that the Appellees shall file the Answering Brief on or before Wednesday, January 29, 2020; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that the Appellant shall file the Reply Brief on or before Wednesday, February 12, 2020.

| | |
|---|---|
| Dated this 10th day of December, 2019 | Dated this 10th day of December, 2019 |
| /s/ Samuel A. Schwartz | /s/ Roger P. Croteau |
| Samuel A. Schwartz, Esq.<br>Nevada Bar No. 10985<br>Troy P. Domina, Esq.<br>Nevada Bar No. 13862<br>Brownstein Hyatt Farber Schreck, LLP<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>Attorneys for the Defendants/Appellees | Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>Timothy E. Rhoda, Esq.<br>Nevada Bar No. 7878<br>Roger P. Croteau & Associates, LTD<br>2810 W. Charleston Blvd., Suite 75<br>Las Vegas, Nevada 89102<br>Attorneys for Plaintiff/Appellant |

IT IS SO ORDERED December 18, 2019.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Troy P. Domina, Esq.
Nevada Bar No. 13862
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Attorneys for the Defendants/Appellees

20031349

4